Thankful Z. Lingenfelter, Respondent, v. Joel A. Halladay and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the General Assignment for the Benefit of Creditors of Wallace G. Northam to Lewis N. Northam. Dutchess Insurance Company, Appellant; Lewis N. Northam, Assignee, and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. Held, that in the circumstances disclosed by the record in this case it was error for the court to refuse, on the ground of laches, to open the decree. All concurred, except Kruse and Robson, JJ., who dissented.

In the Matter of the Application of International Railway Company, Appellant, to Remove an Action Entitled " County Court, Niagara County, Susan McMerrick v. International Railway Company," to the Supreme Court, Erie County Susan McMerrick, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. All concurred; Spring, J., not sitting.

H. Remington & Son Pulp and Paper Company, Respondent, v. Edward W. Remington, Appellant.— Judgment affirmed, with costs. All concurred.

Ellen Gibbons, as Administratrix, etc., of John T. Gibbons, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment confirmed, with costs. All concurred.

Edward R. Griffiths, as Administrator, etc., of John C. Griffiths, Deceased, Respondent, v. International Railway Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event. Held, that reversible error was committed in the reception of evidence, and also that the verdict was contrary to and against the weight of the evidence. All concurred, except Kruse, J., who dissented.

Mary Moest, Appellant, v. Continental Casualty Company, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of Proving the Instrument Propounded for Probate as and for the Last Will and Testament of John Fawcett, Deceased.— Decree of Surrogate's Court affirmed, with costs. All concurred.

In the Matter of the Settlement of the Accounts of Ten Eyck Bunker, as Administrator with the Will Annexed of Mary Bunker, Jr., Deceased, of Mary Bunker, Sr., Deceased, of Weston Bunker, Deceased, and as Administrator de Bonis Non of Josephine C. Bunker, Deceased. Ten Eyck Bunker, Individually and as Administrator, etc., and Others, Appellants; Syracuse Trust Company; as Trustee, Respondent.— Decree of Surrogate's Court affirmed, without costs. All concurred.

Henry Goodfellow, Respondent, v. United States Health and Accident Insurance Company, Appellant.— Judgment affirmed, with costs. All concurred.

Theresa Rossenbach, Respondent, v. The Supreme Court of the Independent Order of Foresters, Appellant.— Judgment and order affirmed, with costs. All concurred.

Martin T. Walsh, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial